**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| **DIANNA BURKINDINE,**<br>　　　　　　**Plaintiff,**<br><br>　v.<br><br>**I.C. SYSTEM, INC.**<br>　　　　　　**Defendant.** | **Civil No.: 1:08-CV-01191-JFM** |

## **STIPULATION OF DISMISSAL**

NOW COME Plaintiff, Dianna Burkindine, by her attorney, and Defendant, I.C. System, Inc., by its attorneys, and hereby stipulate to dismissal of this action, with prejudice and without costs.

Respectfully submitted,

_____/s/_____　　_____/s/_____
Bernard T. Kennedy, Esq. (Bar No. 26843)　Frank C. Morris, Jr., Esq. (Bar No. 05157)
(signed by Brian Steinbach with　　　　　　Brian Steinbach, Esq. (Bar No. 024849)
permission of Bernard T. Kennedy)　　　　EPSTEIN BECKER & GREEN, P.C.
The Kennedy Law Firm,　　　　　　　　　1227 25th Street, N.W., Suite 700
Maryland Consumer Law Group　　　　　Washington, D.C. 20037-1175
P.O. Box 657　　　　　　　　　　　　　　(202) 861-0900
Edgewater, Maryland 21037-0657
(443) 607-8901　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　I.C. System, Inc.
Attorney for Plaintiff
Dianna Burkindine
DATED: September 15, 2008　　　　　　DATED: September 15, 2008